IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  03-cv-01326-ZLW-MJW

MELANIE FRANKLIN; and
HOSSEIN HASHEMI-NIASARI,
SARAH HASHEMI-NIASARI, and
REZA HASHEMI-NIASARI, minors, through their parent and next friend,
MELANIE FRANKLIN,

    Plaintiffs,

v.

U-HAUL CO. OF ARIZONA, an Arizona corporation; and
U-HAUL INTERNATIONAL, INC., a Nevada corporation,

    Defendants.

## ORDER OF DISMISSAL

Pursuant to and in accordance with the Stipulation To Dismiss With Prejudice, signed by the attorneys for the parties hereto, it is

ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorneys' fees.

DATED at Denver, Colorado, this   2   day of August, 2005.

                BY THE COURT:


                S/ Zita L. Weinshienk
                _____
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court